AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

Southern **DISTRICT OF** Ohio

UNITED STATES OF AMERICA

V.

Quintez Lamont Poole

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:17 mj 185

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about April 10, 2017 in Franklin county, in the Southern District of Ohio defendants(s) did, (Track Statutory Language of Offense)

Forcibly assaults, impedes, intimidates or interferes with any officer or employee of the United States or of any agency in any branch of the United States Government while or on account of performance of offical duties.

in violation of Title 18 United States Code, Section(s) 111(a)(1).

I further state that I am a(n) U.S. Postal Inspector and that this complaint is based on the following facts:
Official Title

See Attached Criminal Complaint Affidavit.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

4/10/17                                            at    Columbus, OH
Date                                                     City of State

Norah Mccann King - U.S. Magistrate Judge
Name and Title of Judicial Officer                       Signature of Judicial Officer

**ATTACHMENT TO CRIMINAL COMPLAINT AGAINST QUINTEZ LAMONT POOLE:**

Introduction and Background

1. I, Alan J. Wilkins, having been first duly sworn, hereby state under oath the following:

2. I am a Postal Inspector with the United States Postal Inspection Service (USPIS), assigned to the Columbus, Ohio Domicile. Your affiant, Alan J. Wilkins, was employed by the United States Postal Inspection Service on June 1, 2013. Your affiant gained experience through a Bachelor of Criminal Justice Degree, Psychology concentration, and completion of the Basic Inspector Training (BIT) in August of 2013. During BIT training, your affiant was instructed in all phases of criminal investigation such as: Criminal Law, Search and Seizure, Field Enforcement Techniques, Firearms Proficiency, drug and narcotics identification, drug and narcotics field testing, Interviewing and Evidence collection.

3. This investigation was initiated when U.S. Postal Inspectors were called by United States Postal Service management regarding a Letter Carrier who was robbed at rifle point for his personal property. Postal Inspector responded to 64 Smith Place, Columbus, OH 43201, the scene of the alleged robbery.

4. On April 10, 2017, at approximately 11:45AM Postal Inspectors interviewed Letter Carrier Brian Ball. Ball stated he was delivering mail at 68 Smith Place, Columbus, OH 43201, when he noticed a black male wearing a grey sweatshirt and grey sweat pants walking toward him near 40 Smith Place. Ball stated he then delivered the mail to 64 Smith Place and the suspect approached him and asked if his gold necklaces were real gold. Ball stated he told the suspect they were real gold. Ball explained the suspect then raised a rifle at him and said "I want them, give it to me". Ball said the suspect told him to go behind the house. Ball stated he took off his necklaces and gave them to the suspect as he was told. Ball stated the suspect told him to lay on the ground and count to 60. Ball laid on the ground and started counting. Ball stated that when the suspect walked across Smith Place street, he stood up and started yelling for help. Ball stated the suspect ran away headed south between properties. Ball stated the suspect was approximately 5'9'', black male, grey hoodie with a black hood, grey sweatpants, and a ski mask. Ball described the rifle barrel as being "bubbled out" on the end. Ball also stated the rifle was black in color and appeared to be plastic. The rifle had a regular stock and was not a pistol grip style rifle. Ball stated the suspect pulled the rifle from his grey sweat pants.

5. Ball stated that 10 minutes before the robbery he spoke to a male that matched the suspect's height and weight. Ball stated a black male, wearing a black Ohio State hoodie, with tattoos on both of his cheeks approached him about become a letter carrier. Ball stated he thinks the guy worked at Pizza Revv.

6. Ball stated two gold chains were stolen from him. Ball described the first chain as an Egyptian braid gold necklace and the second chain as a gold Figueroa style braid chain with a "12" pendant.

7. Continuing on April 10, 2017, Postal Inspectors canvased the area surround the armed robbery. Postal Inspectors went into Luigi's Pawn Shop, 1245 N. High Street, Columbus, OH 43201. Inspectors interviewed Luigi's employee Mark Anderson. Anderson stated he just purchased a gold Egyptian style chain from someone. Anderson stated the same person also tried to sell another gold chain with a "12" pendant. Anderson provided surveillance images and Luigi's sales receipts to Inspectors. Pawn receipts show the suspect that sold the necklace to Luigi's Pawn was Quintez Lamont Poole, herein referred to as POOLE. Anderson provided an Ohio Driver's License number of UA226151. A search of law enforcement databases shows this Driver's License number belongs to POOLE.

8. Continuing on April 10, 2017, Postal Inspectors conducted a knock and talk at the address listed on the pawn receipt for POOLE, 19 W. 5th Ave., Columbus, OH 43201. Postal Inspector confirmed POOLE was the residence of 19th W. 5th Ave., Apt. 5, Columbus, OH 43201 with Windsong Investments LLC., the property manager of the building. When Postal Inspectors knocked on the door at the above listed address, a female answered the door. When the door opened, Inspectors could see a black rifle lying on the floor next to the front door. Postal Inspectors asked the female, Carli Berry, if anyone else was in the apartment. Berry denied anyone else was in the apartment and gave consent for Inspector to search for persons inside the residence. Postal Inspectors collected the rifle which appeared to be a 22 caliber rifle. The rifle barrel is black in color and has a stock and grip made out of black plastic. At the end of the rifle barrel is a large sight.

9. Continuing on April 10, 2017, Postal Inspectors interview Carli Berry. Berry stated she last saw POOLE around lunch time. She stated POOLE came home and was carrying the rifle with him. Berry stated POOLE kept the rifle in his pant leg.

10. Continuing on April 10, 2017, Postal Inspector spoke to Ball who verified the necklace recovered at Luigi's Pawn was the necklace that was stolen from him at 64 Smith Place.

11. Based on the facts presented above, this affiant believes there is probable cause to show Quintez Lamont Poole, forcibly assaulted a United States government employee while engaged in or on account of the performance of official duties, in violation of Title 18, U.S.C., Section 111(a)(1).

_____
Alan J. Wilkins, U.S. Postal Inspector

Sworn to before me and subscribed in my presence this __10th__ day of April 2017.

_____
Norah McCann King
United States Magistrate Judge